Nancy Chung, Esq.
Jane M. Dattilo, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 3 1 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUDMILA LOGINOVSKAYA, | ) |
| Plaintiff, | ) CIVIL NO.: 12 Civ. 336 (JPO) |
| vs. | ) |
| OLEG BATRATCHENKO, et al. | ) |
| Defendants. | ) |

## STIPULATION ADJOURNING DEFENDANTS' TIME TO RESPOND TO RESPOND TO AMENDED COMPLAINT

It is hereby STIPULATED AND AGREED, by and between the parties hereto, as follows:

1. Having informed Defendants Oleg Batratchenko; Thor United Corp.; Thor United Corp. (Nevis); Thor Asset Management, Inc.; Thor Real Estate Management, LLC; Thor Opti-Max, LLC; Thor Capital, LLC; Thor Futures, LLC; Thor Realty LLC and Thor Realty Holdings, LLC of her intention to file an amended complaint in this action by June 13, 2012, Plaintiff Ludmila Loginovskaya agrees to extend Defendants' time to answer or otherwise respond to an amended complaint to July 5, 2012.

2. This stipulation supersedes the stipulation dated May 14, 2012, which extended Defendants' time to respond from between February 17 and March 23, 2012, to May 31, 2012, only with respect to Defendants' deadline to respond to the Complaint.

1

3. Defendants' acceptance of service in paragraph one of the May 14, 2012 stipulation is unaffected by this document, and/or is incorporated herein.

4. This stipulation may be executed in counterparts and exchanged by PDF, fax or other electronic means and such electronic counterparts shall have the same effect as if a single document had been executed and a copy thereof shall be treated as if an original for all purposes.

Dated: May 29, 2012

CARTER LEDYARD & MILBURN LLP

By: ___Judith Wallace___
Gary D. Sesser
Alexander G. Malyshev
Judith M. Wallace
Two Wall Street
New York, New York 10005
Tel. (212) 732-3200
Fax (212) 732-3232
*Attorneys for Defendants Oleg Batratchenko;*
*Thor United Corp.; Thor United Corp. (Nevis);*
*Thor Asset Management, Inc.;*
*Thor Real Estate Management, LLC;*
*Thor Opti-Max, LLC; Thor Capital, LLC;*
*Thor Futures, LLC; Thor Realty LLC and*
*Thor Realty Holdings, LLC*

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Nancy Chung, Esq.
Jane M. Dattilo, Esq.
One Bryant Park
New York, New York 10036
Tel. (212) 872-1043
Fax (212) 872-1002
*Attorneys for Plaintiff Ludmila*
*Loginovskaya*

SO ORDERED:

_____
Hon. J. Paul Oetken, U.S.D.J.

5/30/12

2