USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 1 2012

# Akin Gump
## Strauss Hauer & Feld LLP

NANCY CHUNG
212.872.1043/fax: 1.212.872.1002
nchung@akingump.com

**MEMO ENDORSED**

May 31, 2012

*[Handwritten endorsement:]* Granted. The June 19 conference is adjourned to July 25, 2012 at 12:00 pm.

SO ORDERED:
/s/ J. Paul Oetken
HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE  6/1/12

**VIA FACSIMILE**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Room 620
500 Pearl Street
New York, NY 10017
(212) 805-7991 (facsimile)

Re: Request for Adjournment of Initial Pretrial Conference Scheduled for June 19, 2012 in *Loginovskaya v. Batratchenko, et al.*, No. 12 Civ. 336

Dear Judge Oetken:

The above-captioned matter in which we represent Plaintiff Ludmilla Loginovskaya is currently scheduled for an initial conference before Your Honor on June 19, 2012 at 3:00 p.m. We jointly request, together with counsel for Defendants Oleg Batratchenko, et al. (the "Thor Defendants") who is copied on this letter, an adjournment of that conference. This is the third request for an adjournment made by the parties in this matter. As Your Honor is aware, the Thor Defendants only recently engaged counsel to represent them in this action in May 2012. Moreover, the parties have recently stipulated that Plaintiff file a first amended complaint by June 13, and Defendants file their responsive pleading by July 5 [Docket # 21].

The parties seek to use a one to two week period after Defendants' responsive pleading has been filed on July 5 to coordinate and prepare accordingly for the initial conference. Counsel are presently available for all dates in July except for July 3, 5, 6, 9, 12, 13 (12:00 p.m. – 2:30 p.m.), 15, 16, 26, 30 and 31.

Finally, we wanted to bring to the Court's attention that although the parties' stipulation endorsed by the Court on May 30, 2012 [Docket # 21] has been docketed, the parties' prior stipulation dated May 14, which was emailed by the Thor Defendants' counsel to the orders and judgments clerk on May 15, has not yet been docketed on ECF. This May 14 stipulation remains relevant as it has been superseded only in regard to the filing deadlines reflected therein. A copy of the May 14 stipulation is enclosed as Exhibit A for re-submission to the Court.

One Bryant Park / New York, New York 10036-6745 / 212.872.1000 / fax: 212.872.1002 / akingump.com



**Akin Gump**
Strauss Hauer & Feld LLP

The Honorable J. Paul Oetken
May 31, 2012
Page 2

Respectfully submitted,

Nancy Chung

cc: Judith Wallace, Counsel for Thor Defendants (via email)