Gary D. Sesser
Judith M. Wallace
Alexander G. Malyshev
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
(212) 732-3200
*Attorneys for Defendants Oleg Batratchenko; Thor United Corp.; Thor Optima LLC, Thor United Corp. (Nevis); Thor Asset Management, Inc.; Thor Real Estate Management, LLC; Thor Opti-Max, LLC; Thor Capital, LLC; Thor Futures, LLC; Thor Realty LLC and Thor Realty Holdings, LLC*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 01 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LUDMILA LOGINOVSKAYA,

             Plaintiff,

- against -

OLEG BATRATCHENKO, ALEXEI CHEKHLOV, PETER KAMBOLIN, THOR UNITED CORP., THOR OPTIMA LLC, THOR UNITED CORP. (NEVIS), THOR ASSET MANAGEMENT, INC., THOR REAL ESTATE MANAGEMENT, LLC, THOR OPTI-MAX, LLC, THOR CAPITAL, LLC, THOR FUTURES, LLC, THOR REALTY LLC, THOR REALTY HOLDINGS, LLC, SYSTEMATIC ALPHA MANAGEMENT, LLC (f/k/a THOR ASSET MANAGEMENT USA LLC), SYSTEMATIC ALPHA FUTURES, LLC (f/k/a THOR OPTIMA, LLC), and John Does 1-20,

             Defendants.

------------------------------------------------------------x

: Case No. 12-Civ.-0336 (JPO)
:
:
:
:
:
:
: STIPULATION ACCEPTING
: SERVICE AND ADJOURNING
: DEFENDANTS' TIME TO
: RESPOND TO THE COMPLAINT
:
:
:
:
:
:
:

      It is hereby STIPULATED AND AGREED, by and between the parties hereto, as follows:

      1.    Defendants Oleg Batratchenko ("Batratchenko"); Thor United Corp.; Thor Optima LLC; Thor United Corp. (Nevis); Thor Asset Management, Inc.; Thor Real Estate Management, LLC; Thor Opti-Max, LLC; Thor Capital, LLC; Thor Futures, LLC; Thor Realty LLC and Thor Realty Holdings, LLC (hereafter, the "Thor Entities" and, together with Mr. Batratchenko, the "Batratchenko and the Thor Defendants") hereby accept service of the

7018778.1

Complaint as of the date of this Stipulation and, while expressly reserving all their other rights and defenses, hereby waive any and all objections to service of process, including but not limited to waiving any and all objections to in personam jurisdiction based on any defect in service of the Complaint; and

2. Batratchenko's and the Thor Defendants' deadlines to respond to Plaintiff's Complaint in the above-referenced action, which would otherwise have been between February 17 and March 23, 2012, are extended until May 30, 2012, which is the first adjournment of this deadline; and

3. This stipulation may be executed in counterparts and exchanged by PDF, fax or other electronic means and such electronic counterparts shall have the same effect as if a single document had been executed and a copy thereof shall be treated as if an original for all purposes.

Dated: New York, New York
May 14, 2012

CARTER LEDYARD & MILBURN LLP

By: _____
Gary D. Sesser
Alexander G. Malyshev
Judith M. Wallace
Two Wall Street
New York, New York 10005
Tel. (212) 732-3200
Fax (212) 732-3232
*Attorneys for Defendants Oleg Batratchenko; Thor United Corp.; Thor Optima LLC, Thor United Corp. (Nevis); Thor Asset Management, Inc.; Thor Real Estate Management, LLC; Thor Opti-Max, LLC; Thor Capital, LLC; Thor Futures, LLC; Thor Realty LLC and Thor Realty Holdings, LLC*

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Nancy Chung
Jane M. Dattilo
One Bryant Park
New York, New York 10036
Tel. (212) 872-1000
Fax (212) 872-1002
*Attorneys for Plaintiff Ludmila Loginovskaya*

SO ORDERED:
_____
Hon. J. Paul Oetken, U.S.D.J.   6/1/12