Nancy Chung, Esq.
Jane M. Dattilo, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUDMILA LOGINOVSKAYA,<br><br>     Plaintiff,<br><br>vs.<br><br>OLEG BATRATCHENKO,<br>TATIANA SMIRNOVA (a/k/a TATIANA SMIRNOFF, a/k/a TATIANA BATRATCHENKO)<br>THOR UNITED CORP.,<br>THOR UNITED CORP. (NEVIS),<br>THOR REAL ESTATE MASTER FUND, LTD.<br>THOR GUARANT REAL ESTATE FUND, LTD.<br>THOR OPTI-MAX LLC,<br>THOR OPTI-MAX FUND, LTD.<br>THOR ASSET MANAGEMENT, INC.,<br>THOR REAL ESTATE MANAGEMENT LLC,<br>THOR CAPITAL LLC,<br>THOR FUTURES LLC<br>THOR REALTY LLC,<br>and John Does 1-20,<br><br>     Defendants. | CIVIL NO.: 12 Civ. 336 |

## CERTIFICATE OF SERVICE

1. I hereby certify under penalty of perjury that on June 14, 2012, I delivered via electronic mail a copy of Plaintiff's Amended Complaint to Judith M. Wallace of Carter Ledyard & Milburn LLP, counsel for Defendants Oleg Batratchenko, Thor United Corp., Thor United Corp. (Nevis), Thor Opti-Max LLC, Thor Asset Management, Inc., Thor Real Estate

1

Management LLC, Thor Capital LLC, Thor Futures LLC, Thor Realty LLC, Thor Real Estate Master Fund, Ltd., Thor Guarant Real Estate Fund, Ltd., and Thor Opti-Max Fund, Ltd. (collectively, "Batratchenko and the Thor Defendants"). The Amended Complaint is available at docket entry number 24.

2. Pursuant to written communications exchanged between myself (Jane Dattilo of Akin Gump Strauss Hauer & Feld LLP), as counsel for the Plaintiff, and Judith M. Wallace of Carter Ledyard & Milburn LLP, as counsel for Batratchenko and the Thor Defendants, I hereby certify under penalty of perjury that Ms. Wallace represented to me that Batratchenko and the Thor Defendants accept service of Plaintiff's Amended Complaint.

Dated: June 21, 2012

AKIN GUMP STRAUSS HAUER & FELD, LLP

By: _____
Jane M. Dattilo, Esq.
One Bryant Park
New York, New York 10036
Tel.: (212) 872-1000
Fax: (212) 872-1002

Attorneys for Plaintiff Ludmila Loginovskaya