UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUDMILA LOGINOVSKAYA,

CIVIL ACTION #: 12 Civ. 336

vs.                                         *Plaintiff,*

OLEG BATRATCHENKO, et al.,

*Defendants.*

# AFFIDAVIT OF SERVICE

State of New York   }
County of New York  } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Wayne, New Jersey

That on **6/20/2012** at **1:45 PM** at **575 Ridgeland Terrace, Englewood, NJ 07631**

deponent served a(n) **Summons In A Civil Action, Amended Complaint And Jury Demand, The Honorable J. Paul Oetken's April 5, 2012 Order, The Endorsed Letter Dated May 31, 2012 to The Honorable J. Paul Oetken, Electronic Case Filing Rules & Instructions, The Honorable J. Paul Oetken's Individual Practices In Civil Cases**

on **Tatiana Smirnova (a/k/a Tatiana Smirnoff, a/k/a Tatiana Batratchenko)**, defendant therein named,

by delivering a true copy of each to said defendant personally;

deponent knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender: Female
Skin: White
Hair: Brown
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight: 131-160 Lbs.
Other:

MILITARY SERVICE: At the time of service defendant was asked whether he/she was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
21st day of June, 2012

NOTARY PUBLIC
JEREMY BOTWINICK
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. # 01BO6229177
COMM EXP. 10/4/2014

Peter Feldman
License No. 797824

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279