Gary D. Sesser
Judith M. Wallace
Alexander G. Malyshev
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
(212) 732-3200
*Attorneys for Defendants Oleg Batratchenko, Thor United Corp., Thor United Corp. (Nevis), Thor Real Estate Master Fund, Ltd., Thor Guarant Real Estate Fund, Ltd., Thor Opti-Max LLC, Thor Opti-Max Fund, Ltd., Thor Asset Management, Inc., Thor Real Estate Management LLC, Thor Capital LLC, Thor Futures LLC, and Thor Realty LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

| | |
|---|---|
| LUDMILA LOGINOVSKAYA,<br><br>                              Plaintiff,<br><br>             - against -<br><br>OLEG BATRATCHENKO, TATIANA SMIRNOVA (a/k/a TATIANA SMIRNOFF, a/k/a TATIANA BATRATCHENKO), THOR UNITED CORP., THOR UNITED CORP. (NEVIS), THOR REAL ESTATE MASTER FUND, LTD., THOR GUARANT REAL ESTATE FUND, LTD., THOR OPTI-MAX LLC, THOR OPTI-MAX FUND, LTD., THOR ASSET MANAGEMENT, INC., THOR REAL ESTATE MANAGEMENT LLC, THOR CAPITAL LLC, THOR FUTURES LLC, THOR REALTY LLC, and John Does 1-20,<br><br>                              Defendants. | Case No. 12 Civ. 0336 (JPO)<br><br>**ECF Case**<br><br><br><br><br>**NOTICE OF APPEARANCE OF JUDITH M. WALLACE** |

-------------------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in the above-captioned action for Oleg Batratchenko, Thor United Corp., Thor United Corp. (Nevis), Thor Real Estate Master Fund, Ltd., Thor Guarant Real Estate Fund, Ltd., Thor Opti-Max LLC, Thor Opti-Max Fund, Ltd., Thor Asset Management, Inc., Thor Real Estate Management LLC, Thor Capital LLC, Thor

Futures LLC, and Thor Realty LLC. I certify that I am admitted to practice before this Court.

Dated: July 5, 2012

                                           CARTER LEDYARD & MILBURN LLP

                                           By: /s/ Judith M. Wallace
                                                 Judith M. Wallace (JW8743)
                                                 wallace@clm.com
                                                 Two Wall Street
                                                 New York, New York 10005
                                                 (212) 732-3200
                                                 (212) 732-3232 (fax)