Gary D. Sesser
Judith M. Wallace
Alexander G. Malyshev
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
(212) 732-3200
*Attorneys for Defendants Oleg Batratchenko, Thor United Corp., Thor United Corp. (Nevis), Thor Real Estate Master Fund, Ltd., Thor Guarant Real Estate Fund, Ltd., Thor Opti-Max LLC, Thor Opti-Max Fund, Ltd., Thor Asset Management, Inc., Thor Real Estate Management LLC, Thor Capital LLC, Thor Futures LLC, and Thor Realty LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LUDMILA LOGINOVSKAYA,

                 Plaintiff,

                 - against -

OLEG BATRATCHENKO, TATIANA SMIRNOVA
(a/k/a TATIANA SMIRNOFF, a/k/a TATIANA
BATRATCHENKO), THOR UNITED CORP.,
THOR UNITED CORP. (NEVIS), THOR REAL
ESTATE MASTER FUND, LTD., THOR
GUARANT REAL ESTATE FUND, LTD., THOR
OPTI-MAX LLC, THOR OPTI-MAX FUND, LTD.,
THOR ASSET MANAGEMENT, INC., THOR
REAL ESTATE MANAGEMENT LLC, THOR
CAPITAL LLC, THOR FUTURES LLC, THOR
REALTY LLC, and John Does 1-20,

                 Defendants.
-------------------------------------------------------------------X

Case No. 12 Civ. 0336 (JPO)

**ECF Case**

**NOTICE OF APPEARANCE OF ALEXANDER G. MALYSHEV**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in the above-captioned action for Oleg Batratchenko, Thor United Corp., Thor United Corp. (Nevis), Thor Real Estate Master Fund, Ltd., Thor Guarant Real Estate Fund, Ltd., Thor Opti-Max LLC, Thor Opti-Max Fund, Ltd., Thor Asset Management, Inc., Thor Real Estate Management LLC, Thor Capital LLC, Thor

Futures LLC, and Thor Realty LLC.  I certify that I am admitted to practice before this Court.

Dated:  July 5, 2012

CARTER LEDYARD & MILBURN LLP

By: _____
Alexander G. Malyshev (AM1983)
malyshev@clm.com
Two Wall Street
New York, New York 10005
(212) 732-3200
(212) 732-3232 (fax)