Gary D. Sesser
Judith M. Wallace
Alexander G. Malyshev
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York  10005
(212) 732-3200
*Attorneys for Defendants Oleg Batratchenko, Thor United Corp., Thor United Corp. (Nevis), Thor Real Estate Master Fund, Ltd., Thor Guarant Real Estate Fund, Ltd., Thor Opti-Max LLC, Thor Opti-Max Fund, Ltd., Thor Asset Management, Inc., Thor Real Estate Management LLC, Thor Capital LLC, Thor Futures LLC, and Thor Realty LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| LUDMILA LOGINOVSKAYA, | : |
| Plaintiff, | : Case No. 12 Civ. 0336 (JPO) |
| - against - | : **ECF Case** |
| OLEG BATRATCHENKO, TATIANA SMIRNOVA (a/k/a TATIANA SMIRNOFF, a/k/a TATIANA BATRATCHENKO), THOR UNITED CORP., THOR UNITED CORP. (NEVIS), THOR REAL ESTATE MASTER FUND, LTD., THOR GUARANT REAL ESTATE FUND, LTD., THOR OPTI-MAX LLC, THOR OPTI-MAX FUND, LTD., THOR ASSET MANAGEMENT, INC., THOR REAL ESTATE MANAGEMENT LLC, THOR CAPITAL LLC, THOR FUTURES LLC, THOR REALTY LLC, and John Does 1-20, | : **NOTICE OF BATRATCHENKO'S AND THE THOR DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT** |
| Defendants. | : |

------------------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law,

Declaration of Judith M. Wallace dated July 5, 2012, and Exhibits 1 through 4 annexed thereto,

Defendants Oleg Batratchenko ("Batratchenko"), Thor United Corp., Thor United Corp. (Nevis),

Thor Real Estate Master Fund, Ltd., Thor Guarant Real Estate Fund, Ltd., Thor Opti-Max

LLC, Thor Opti-Max Fund, Ltd., Thor Asset Management, Inc., Thor Real Estate

Management LLC, Thor Capital LLC, Thor Futures LLC, and Thor Realty LLC  (hereafter,

7045538.1

the "Thor Entities" and, together with Mr. Batratchenko, the "Batratchenko and the Thor Defendants"), by and through their attorneys Carter Ledyard & Milburn LLP, will move this Court, before J. Paul Oetken, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date to be determined by the Court, for an order pursuant to Rule 12(b) of the Federal Rules of Civil Procedure dismissing the Amended Complaint and granting such other and further relief as this Court may deem just and proper.

Dated: New York, New York
      July 5, 2012

                      CARTER LEDYARD & MILBURN LLP

                    By: _____
                      Gary D. Sesser
                      Judith M. Wallace
                      Alexander G. Malyshev
                      Two Wall Street,
                      New York, NY 10005
                      (212) 732-3200
                      *Attorneys for Attorneys for Batratchenko and the Thor Defendants*

7045538.1