Nancy Chung, Esq.
Jane M. Dattilo, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 16 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

|  |  |
|---|---|
| LUDMILA LOGINOVSKAYA, | ) |
| Plaintiff, | ) CIVIL NO.: 12 Civ. 336 (JPO) |
| vs. | ) |
| OLEG BATRATCHENKO, *et al.* | ) |
| Defendants. | ) |

### STIPULATION ADJOURNING PARTIES' TIME TO FILE BRIEFS IN OPPOSITION TO AND IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS

It is hereby STIPULATED AND AGREED, by and between the parties hereto, as follows:

1. Under Local Civil Rule 6.1, Plaintiff's answering memorandum to Defendants' motion to dismiss filed on July 5, 2012, would have been due on July 19, 2012. This stipulation extends Plaintiff's time to file her answering memorandum until August 30, 2012.

2. Under Local Civil Rule 6.1, Defendants' reply memorandum would have been due within seven days after the service of Plaintiff's answering papers. This stipulation extends Defendants' time to file their reply memorandum until October 12, 2012.

3. This stipulation may be executed in counterparts and exchanged by PDF, fax or other electronic means and such electronic counterparts shall have the same effect as if a single document had been executed and a copy thereof shall be treated as if an original for all purposes.

Dated: July 12, 2012

| CARTER LEDYARD & MILBURN LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
|---|---|
| By: _____<br>Gary D. Sesser<br>Alexander G. Malyshev<br>Judith M. Wallace<br>Two Wall Street<br>New York, New York 10005<br>Tel. (212) 732-3200<br>Fax (212) 732-3232<br>*Attorneys for Defendants Oleg Batratchenko;*<br>*Thor United Corp.; Thor United Corp. (Nevis);*<br>*Thor Asset Management, Inc.;*<br>*Thor Real Estate Management LLC;*<br>*Thor Opti-Max LLC; Thor Capital LLC;*<br>*Thor Futures LLC; Thor Realty LLC;*<br>*Thor Real Estate Master Fund, Ltd.;*<br>*Thor Guarant Real Estate Fund, Ltd.;*<br>*Thor Opti-Max Fund, Ltd.* | By: _____<br>Nancy Chung, Esq.<br>Jane M. Dattilo, Esq.<br>One Bryant Park<br>New York, New York 10036<br>Tel. (212) 872-1043<br>Fax (212) 872-1002<br>*Attorneys for Plaintiff Ludmila*<br>*Loginovskaya* |

SO ORDERED: _____

Hon. J. Paul Oetken, U.S.D.J.     7/16/12

The conference previously scheduled on July 25th, 2012, is hereby adjourned sine die.