


Nancy Chung, Esq.
Jane M. Dattilo, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUDMILA LOGINOVSKAYA, Plaintiff, vs. OLEG BATRATCHENKO, *et al.* Defendants. | CIVIL NO.: 12 Civ. 336 (JPO) |

**STIPULATION FURTHER ADJOURNING PARTIES' TIME TO FILE BRIEFS IN OPPOSITION TO AND IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

It is hereby STIPULATED AND AGREED, by and between the parties hereto, as follows:

1. By stipulation dated July 12, 2012 and so ordered on July 16, 2012 [docket no. 36], Plaintiff's answering memorandum to Defendants' motion to dismiss would have been due on August 30, 2012. This stipulation extends Plaintiff's time to file her answering memorandum until September 14, 2012.

2. The July 12 Stipulation extended Defendants' time to file their reply memorandum until October 12, 2012. This stipulation further extends Defendants' time to file their reply until October 26, 2012.

3. This stipulation may be executed in counterparts and exchanged by PDF, fax or other electronic means and such electronic counterparts shall have the same effect as if a single document had been executed and a copy thereof shall be treated as if an original for all purposes.

Dated: August 27, 2012

CARTER LEDYARD & MILBURN LLP

By: [signature]
Alexander G. Malyshev
Gary D. Sesser
Judith M. Wallace
Two Wall Street
New York, New York 10005
Tel. (212) 732-3200
Fax (212) 732-3232
*Attorneys for Defendants Oleg Batratchenko; Thor United Corp.; Thor United Corp. (Nevis); Thor Asset Management, Inc.; Thor Real Estate Management LLC; Thor Opti-Max LLC; Thor Capital LLC; Thor Futures LLC; Thor Realty LLC; Thor Real Estate Master Fund, Ltd.; Thor Guarant Real Estate Fund, Ltd.; Thor Opti-Max Fund, Ltd.*

AKIN GUMP STRAUSS HAUER & FELD LLP

By: [signature]
Nancy Chung, Esq.
Jane M. Dattilo, Esq.
One Bryant Park
New York, New York 10036
Tel. (212) 872-1043
Fax (212) 872-1002
*Attorneys for Plaintiff Ludmila Loginovskaya*

SO ORDERED:

[signature]
Hon. J. Paul Oetken, U.S.D.J. 8/28/12

No further extensions absent exceptional circumstances, which must be set forth by counsel in a letter to the Court.
JPO