## **CERTIFICATE OF SERVICE**

      I certify that on September 14, 2012, I caused the below counsel of record in this action to be served with the foregoing memorandum in opposition to the Defendants' motion to dismiss by filing the document with the Court's CM/ECF system.

Gary D. Sesser
Judith M. Wallace
Alexander G. Malyshev
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, New York 10005

                                                /s/ Nancy Chung

                                                Nancy Chung