UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LUDMILA LOGINOVSKAYA,

                          Plaintiff,

    -v-

OLEG BATRATCHENKO et al.,

                        Defendants.
------------------------------------------------------------X

12 CV 0336 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court will hold oral argument in this case on Friday, March 1, 2013 at 3:00 p.m. The parties shall be prepared to address the Court's subject matter jurisdiction in light of *Morrison v. Australia Bank*, 130 S.Ct. 2869 (2010). Argument will take place at the United States District Courthouse at 40 Foley Square, New York, New York, in Courtroom 443.

Dated: New York, New York
       February 4, 2013

_____
J. PAUL OETKEN
United States District Judge